■ In the Matter of Gregory Chrysler, Appellant, v Glenn S. Goord, as Commissioner of New York State Department of Correctional Services, Respondent. [853 NYS2d 811]-

Memorandum: Supreme Court erred in granting respondent's motion to dismiss the CPLR article 78 petition as time-barred (*see* CPLR 3211 [a] [5]). The applicable four-month statute of limitations pursuant to CPLR 217 did not begin to run until petitioner "received notice of the . . . determination" (*Matter of Biondo v New York State Bd. of Parole,* 60 NY2d 832, 834 [1983]), and respondent failed to meet his burden of establishing that petitioner received such notice more than four months before commencing this proceeding (*see Matter of Edwards v Coughlin,* 191 AD2d 1044, 1044-1045 [1993]). Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.